IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3099 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY M. ESPINO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 7, 2009, plaintiff, represented by Janice M. Lipovsky, and the defendant, together with counsel, John C. Vanderslice, appeared on the petition for offender under supervision (Filing No. 32), and on a second petition for offender under supervision (Filing No. 47). The defendant had previously admitted all charges in the first petition. After considering the evidence provided by the probation officer and the government on the second petition, the Court finds that the petition should be dismissed.

The Court previously found the defendant had violated his terms of supervised release as alleged in the original petition (Filing No. 32). Following allocution by both counsel for the government and for the defendant, the Court found that defendant's supervised release should be revoked. Accordingly,

IT IS ORDERED:

1. The defendant is sentenced to the custody of the Bureau of Prisons for a term of six (6) months in connection with

the petition for offender under supervision (Filing No. 32). Defendant shall receive credit for six weeks which he has served in custody following the filing of this petition.

     2.   The second petition for offender under supervision (Filing No. 47) is dismissed.

     3.   Upon completion of the defendant's incarceration, he will be placed on supervised release for a period of 3 years, under the same terms and conditions of release previously imposed on April 7, 2004.

     DATED this 7th day of July, 2009.

               BY THE COURT:

               /s/ Lyle E. Strom
               _____
               LYLE E. STROM, Senior Judge
               United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____ Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____  UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____  UNITED STATES WARDEN

By: _____