IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3099 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY M. ESPINO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On May 11, 2011, the defendant appeared with counsel for a Final Disposition hearing on Petition for Warrant for Offender Under Supervision (Filing No. 55).  The defendant admitted to allegation 2 of the Petition for Warrant for Offender Under Supervision (Filing No. 55).  The defendant agreed to submit to substance abuse evaluation and follow the recommendations as implemented by the U.S. Probation Office.  The defendant also agreed to attended a domestic violence treatment program as implemented by the U.S. Probation Office.

IT IS ORDERED:

1. The defendant shall submit to a substance abuse evaluation and attend a domestic violence treatment program;

2. The Final Disposition hearing is continued until September 9, 2011, at 9:00 a.m.

DATED this 16th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court