## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **4:03CR3099** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **JEREMY M. ESPINO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

IT IS ORDERED:

1)    Defendant is currently in state custody in Adams County on related charges, and he shall be returned to the custody of Adams County.

2)    The Marshal shall place a detainer on the defendant to assure that upon defendant's release from the custody of Adams County, the defendant is immediately placed in the Marshal's custody.

January 9, 2012                        BY THE COURT:


                                       *s/Cheryl R. Zwart*
                                       United States Magistrate Judge